AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of NEVADA

JAN - 5 2007

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF AMERICA

12600756

v.

**WARRANT FOR ARREST**

DAVID LEROY LANTRY

Case Number: 3:06-ms-0093-VPC

6257-J

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    DAVID LEROY LANTRY
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

ATTEMPTED MURDER (COUNT ONE)
USE OF A FIREARM DURING AND IN RELATION TO A CRIME OF VIOLENCE (COUNT TWO)

in violation of Title  18  United States Code, Section(s)  924(c), 1113, 1151, and 1152

VALERIE P. COOKE
Name of Issuing Officer                     Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE              December 6, 2006   RENO, NEVADA
Title of Issuing Officer                    Date and Location

---

**RETURN**

SUBJECT ARRESTED BY FBI

This warrant was received and executed with the arrest of the above-named defendant at

AND ARRAIGNED ON TBD
IN THE DISTRICT OF NEVADA

| DATE RECEIVED 12-06-06 | NAME AND TITLE OF ARRESTING OFFICER BRIAN KEENEY SPECIAL AGENT | SIGNATURE OF ARRESTING OFFICER for [signature] |
| DATE OF ARREST 12-28-06 | | |

AO 442    (Rev. 10/03) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____
_____
_____