UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 3:06-cr-00186-LRH-RAM |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| DAVID LANTRY, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is Defendant Lantry's appeal from Magistrate Judge's Detention Order (Doc. #19). A hearing was held pursuant to his appeal before the court on May 8, 2007. The court has considered the evidence presented at that hearing as well as the evidence presented before the Magistrate on February 20, 2007.

The court has considered the evidence *de novo* and finds that the rebuttable presumption that no conditions of release will assure Defendant's appearance and the safety of the community has been overcome by the showing that has been made by the Defendant.

Good cause appearing, the court finds that the Defendant is entitled to pretrial release pursuant to the following conditions:

1. Pretrial Services supervision;

2. Maintain residence with his sister, Myrna Tankersley, in Pahrump, Nevada, and do not move without the prior approval of the court;

3. Refrain from use or possession of firearms, destructive device, or dangerous weapons;

    4.    Avoid all contact, directly or indirectly, with the victims of the instant offense or any witnesses or potential witnesses in this matter with the exception of wife and stepson;

    5.    Refrain from use or possession of illegal drugs;

    6.    Submit to any method of testing required by the pretrial services office for determining if Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, and/or any form of prohibited substance abuse screening or testing; and,

    7.    Participate in the following components of the home confinement program and abide by all the requirements of the program which will include electronic monitoring or other location verification system. Defendant shall pay all or part of the cost of the program based upon Defendant's ability to pay as determined by pretrial services.

    a.    <u>Home Detention</u>: Defendant is restricted to his sister's residence in Pahrump, Nevada, at all times except for employment; education; religious services; medical, substance abuse, mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office.

IT IS SO ORDERED.

DATED this 17th day of May, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE