1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                                 DISTRICT OF NEVADA
8                                        * * * * *
9   UNITED STATES OF AMERICA,            )
                                         )   3:06-cr-00186-LRH-RAM
10                   Plaintiff,          )
                                         )   AMENDED ORDER
11  vs.                                  )
                                         )
12  DAVID LANTRY,                        )
                                         )
13                   Defendant.          )
                                         )
14

15       Before the court is Defendant Lantry's appeal from Magistrate Judge's Detention Order
16  (Doc. #19). A hearing was held pursuant to his appeal before the court on May 8, 2007. The
17  court has considered the evidence presented at that hearing as well as the evidence presented
18  before the Magistrate on February 20, 2007.
19       The court has considered the evidence *de novo* and finds that the rebuttable presumption
20  that no conditions of release will assure Defendant's appearance and the safety of the community
21  has been overcome by the showing that has been made by the Defendant.
22       Good cause appearing, the court finds that the Defendant is entitled to pretrial release
23  pursuant to the following conditions:
24       1.   Pretrial Services supervision;
25       2.   That Defendant is placed in the custody of his sister, Myrna Tankersley, in
26            Pahrump, Nevada, who agrees (a) to supervise the Defendant in accordance with
27            all conditions of release, (b) to use every effort to assure the appearance of the
28            Defendant at all scheduled court proceedings, and (c) to notify the court

immediately in the event the Defendant violates any conditions of release or disappears;

3. Maintain residence with his sister, Myrna Tankersley, in Pahrump, Nevada, and do not move without the prior approval of the court;

4. Refrain from use or possession of firearms, destructive device, or dangerous weapons;

5. Avoid all contact, directly or indirectly, with the victims of the instant offense or any witnesses or potential witnesses in this matter with the exception of wife and stepson;

6. Refrain from use or possession of illegal drugs;

7. Submit to any method of testing required by the pretrial services office for determining if Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, and/or any form of prohibited substance abuse screening or testing; and,

7. Participate in the following components of the home confinement program and abide by all the requirements of the program which will include electronic monitoring or other location verification system. Defendant shall pay all or part of the cost of the program based upon Defendant's ability to pay as determined by pretrial services.

   a. <u>Home Detention</u>: Defendant is restricted to his sister's residence in Pahrump, Nevada, at all times except for employment; education; religious services; medical, substance abuse, mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office.

IT IS SO ORDERED.

DATED this 17th day of May, 2007.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE