IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 3:06-cr-0186-LRH-RAM |
|---|---|
| Plaintiff, | **ORDER AMENDING CONDITIONS OF PRE-TRIAL RELEASE TO PERMIT RESIDENCE IN RENO/SPARKS AREA FOR PURPOSES OF TRIAL** |
| vs. | |
| DAVID LEROY LANTRY, | |
| Defendant. | |

The Court, having considered the unopposed oral motion made during the hearing held on November 6, 2008 for an amendment to Mr. Lantry's conditions of pretrial release, and having heard from both government counsel and defense counsel on the matter in open court, upon good cause shown, hereby enters the following order:

**ORDER**

Pursuant to Title 18 United States Code Section 3142(c)(1)(B), upon good cause shown, the Court hereby enters an order amending the conditions of pretrial release issued on May 17, 2007 as follows:

1. That Defendant is permitted to travel from Pahrump to the Reno/Sparks area beginning on November 7, 2008 for medical and court related purposes and, in connection with the November 18, 2008 jury trial, remain and reside in the Reno/Sparks area up and through the completion of trial.

2. Mr. Lantry shall notify pretrial services of his temporary address in the Reno/Sparks area upon finding housing in connection with the upcoming November 18, 2008 jury trial.

DATED this 6th day of November, 2008.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE