IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID LEROY LANTRY,<br><br>Defendant. | 3:06-cr-0186-LRH-RAM<br><br>**ORDER FOR PRODUCTION OF CRIME LABORATORY INVESTIGATORS' NOTES PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16(a)(1)(E) & (F)** |

The Court, having considered the unopposed motion for production of crime lab investigators' notes (C.R. #89), and having heard from both government counsel and defense counsel during the hearing held on November 6, 2008, upon good cause shown, hereby enters the following order:

**ORDER**

Pursuant to Federal Rule of Criminal Procedure 16(a)(1)(E) and 16(a)(1)(F), upon good cause shown, the Court hereby enters an order for the production of crime lab investigators' notes pertaining to the following investigators who performed work in regard to this investigation:

(1) Dean Kaumans, Forensic Investigator, Forensic Investigation Section, Washoe County Sheriff's Office, Forensic Science Division;

(2) Candis Potts, Forensic Investigator, Forensic Investigation Section, Washoe County Sheriff's Office, Forensic Science Division;

(3) Don Means, Commander, Washoe County Crime Lab;

(4) Jeffery Rolands, Criminalist, Forensic Investigation Section, Washoe County Sheriff's Office, Forensic Science Division;

(5) Suzanne Harmon, Criminalist, Forensic Investigation Section, Washoe County Sheriff's Office, Forensic Science Division;

(6) Michael Lyford, Sergeant, Forensic Investigation Section, Washoe County Sheriff's Office, Forensic Science Division;

(7) Marci Margritier, Forensic Investigator, Forensic Investigation Section, Washoe County Sheriff's Office, Forensic Science Division;

(8) E. Kevin Lattyak, Criminalist, Washoe County Sheriff's Office, Forensic Science Division; and

(9) John B. H. Webb, Firearms/Toolmarks Unit, FBI Laboratory, Quantico, Virginia. FBI Laboratory Firearms–Toolmarks Unit

DATED this 7th day of November, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE